**Order entered July 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Before the Court is appellant's July 11, 2019 second motion for an extension of time to file an amended brief. Appellant requests an extension until July 11. As of today's date, however, appellant has not filed an amended brief. Accordingly, we **DENY** the motion as moot.

On the Court's own motion, we **ORDER** appellant to file an amended brief by **July 22, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE